DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
Michael A. Humphreys
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:13-CV-067-RCJ-(VPC) |
| $31,920.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

DEFAULT JUDGMENT OF FORFEITURE

The United States filed a verified Complaint for Forfeiture in Rem on February 11, 2013. Complaint, ECF No. 1. The Complaint (ECF No. 1) alleges the defendant property:

    a.    was furnished or was intended to be furnished in exchange for controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6);

    b.    is proceeds traceable to exchanges of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6); and

. . .

   c. was used or was intended to be used to facilitate violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

On July 15, 2013, the Court entered an Order for Summons and Warrant of Arrest in Rem for the Property and Notice and issued the Summons and Warrant of Arrest in Rem. Order for Summons and Warrant, ECF No. 4; Summons and Warrant, ECF No. 5.

Pursuant to the Order (ECF No. 4), the Complaint (ECF No. 1), the Order (ECF No. 4), the Summons and Warrant (ECF No. 5), and the Notice of Complaint for Forfeiture (ECF No. 7, p. 3-4, 18-19, 33-34, 48-49, 65-66, and ECF No. 7-1, p. 3-4, 19-20, 34-35, 49-50) were served on the defendant property, all persons claiming an interest in the defendant property, and the Notice was published according to law (ECF No. 6). All persons interested in the defendant property were required to file their claims with the Clerk of the Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov, followed by the filing of an answer to the Complaint within 21 days after the filing of their respective verified claims. Complaint, ECF No. 1; Order for Summons and Warrant, ECF No. 4; Summons and Warrant, ECF No. 5; Notice of Complaint, ECF Nos. 7 and 7-1.

Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from July 17, 2013, through August 15, 2013. Notice of Filing Proof of Publication, ECF No. 6.

On July 17, 2013 the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice by executing them on the defendant property. Notice of Filing Service of Process, ECF No. 7, p. 1-15.

On July 24, 2013, the United States Marshals Service served the Complaint, the Summons and Warrant of Arrest in Rem for the Property, the Order, and the Notice on Patrick Murphy by certified return receipt mail and regular mail. Notice of Filing Service of Process, ECF No. 7, p. 16-45.

On July 24, 2013, the United States Marshals Service served the Complaint, the Summons and Warrant of Arrest in Rem for the Property, the Order, and the Notice on Patrick Murphy, by and through his counsel Kojo Moore, Esq., by regular mail. Notice of Filing Service of Process, ECF No. 7, p. 46-77.

On July 24, 2013, the United States Marshals Service served the Complaint, the Summons and Warrant of Arrest in Rem for the Property, the Order, and the Notice on Jerrami Larron Green, by certified return receipt mail regular mail. Notice of Filing Service of Process, ECF No. 7-1, p. 1-31.

No person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

On March 28, 2014, the United States filed a Motion for Entry of Clerk's Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. Motion for Entry of Clerk's Default, ECF No. 8

On April 1, 2014, the Clerk of the Court entered a Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. Clerk's Entry of Default, ECF No. 9.

Patrick Murphy is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003.

Jerrami Larron Green is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003.

The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact. The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against: (1) the $31,920.00 in United States Currency; (2) Patrick Murphy; (3) Jerrami Larron Green; and (4) and all persons or entities who claim an interest in the defendant property in the above-entitled action.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the
2 same is hereby forfeited to the United States of America, and no right, title, or interest in the property
3 shall exist in any other party.
4   IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable
5 cause for the seizure or arrest of the defendant property.

_____
UNITED STATES DISTRICT JUDGE

Dated:  April 28, 2014.

4